```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
A.W., *individually and on behalf of Z.H., a child with disability*,

                                      Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                      Defendant.
-----------------------------------------------------------------X

1:23-cv-2935-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    In the Court's order dated April 10, 2023, Dkt. No. 5, the parties were directed to submit a joint status letter to the Court no later than August 8, 2023. The Court has not received the proposed joint status letter. The parties are directed to comply with the Court's April 10, 2023 order forthwith and in any event no later than August 10, 2023.

    SO ORDERED.

Dated: August 9, 2023
New York, New York

                                                                           GREGORY H. WOODS
                                                                     United States District Judge